**Order entered November 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00961-CV

## IN THE INTEREST OF P.H. AND T.H, CHILDREN

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-633-X**

## ORDER

The Court has before it appellant D.T.'s November 6, 2016 motion to extend time to file her brief. We **GRANT** the motion to the extent we **ORDER** appellant to file her brief within **TWENTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(a).

.

/s/     MOLLY FRANCIS
          JUSTICE